STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 25 2000
at ___ o'clock and ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OMAR CAMPOS-MONTIEL,<br>also known as<br>"Hector Hugo Garcia-Cruz" and<br>"Enrique Mora-Palmas",<br><br>  Defendant. | CR. NO. CR00-00424 SOM<br><br>INDICTMENT<br><br>8 U.S.C. § 1326<br>[Reentry After Deportation] |

INDICTMENT

The Grand Jury charges:

On or about October 17, 2000, in the District of Hawaii, OMAR CAMPOS-MONTIEL, also known as "Hector Hugo Garcia-Cruz" and "Enrique Mora-Palmas," an alien, who had previously been arrested and deported from the United States pursuant to law, was found in the United States, having knowingly and unlawfully entered the United States without having first obtained the consent of the Attorney General of the United States

for re-application by the Defendant for admission into the United States.

In violation of Title 8, United States Code, Section 1326.

DATED: Honolulu, Hawaii, October 25, 2000.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Omar Campos-Montiel
"Indictment"
Cr. No. _____

2